In the Matter of BERNARD FLIASHNICK, Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent.

Submitted June 1, 1953; decided July 14, 1953.

848

*Bernard Fliashnick,* appellant in person.

*Norman S. Fenton* and *Robert H. Schaffer* for respondent.

Appeal dismissed, with costs, upon the ground that no constitutional question is directly involved. No opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS, J.